UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

JERRY PUTZ,

    *Plaintiff(s),*

V.

WORLD SAVINGS, INC., ET AL,

    *Defendant(s).*

Case No: 11-CV-05677 LHK

CLERK'S NOTICE SETTING CASE MANAGEMENT CONFERENCE

TO ALL PARTIES AND COUNSEL OF RECORD:

    Please take notice that a Case Management Conference is hereby set on Wednesday, January 25, 2012 at 2:00 p.m. before Judge Lucy H. Koh. Case Management Statements due no later than Wednesday, January 18, 2012. Parties are to appear in courtroom #8, 4th Floor of the U.S. District Court, 280 South First Street, San Jose, California.

Dated: December 22, 2011

    For the Court,
    RICHARD W. WEIKING, Clerk

    /s/ Martha Parker Brown
By: _____
Martha Parker Brown
Courtroom Deputy Clerk