UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JERRY PUTZ, an individual,<br><br>              Plaintiff,<br>   v.<br><br>WORLD SAVINGS, INC.; WACHOVIA MORTGAGE CORP., WELLS FARGO BANK, N.A.; NDeX WEST, LLC; RECON TRUST COMPANY, N.A.; and DOES 1 through 50, inclusive,<br><br>              Defendants. | Case No.: 11-CV-5677-LHK<br><br>ORDER REFERRING MATTER FOR RELATED CASE DETERMINATION |

Pursuant to Civil Local Rule 3-12(c), the above captioned matter is hereby referred to the Honorable Jeremy Fogel for a determination as to whether it is related to: *In re Wachovia Corp. "Pick-A-Payment" Mortgage Marketing and Sales Practices Litigation*, 09-md-02015-JF.

**IT IS SO ORDERED.**

January 19, 2012

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1
Case Nos.: 11-CV-5677-LHK
ORDER REFERRING MATTER FOR RELATED CASE DETERMINATION