UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

JERRY PUTZ,
               Plaintiff(s)

    VS.

WORLD SAVINGS, INC., ET AL,
               Defendant(s).

Case No: 11-CV-05677 LHK

**CLERK'S NOTICE RESCHEDULING MOTION HEARING AND CASE MANAGEMENT CONFERENCE**

PLEASE TAKE NOTICE that defendants' Motion to Stay Proceedings (docket # 13) in the above-entitled case was noticed on a date when the Court does not have a Law and Motion calendar and is hereby **rescheduled to Thursday, May3, 2012 at 1:30 p.m.** The Case Management Conference currently scheduled for Wednesday, January 25, 2012 at 2:00 p.m. is also continued to the same date as the motion hearing.

Dated: January 19, 2012

                                        For the Court,
                                        RICHARD W. WEIKING, Clerk

                                        /s/ Martha Parker Brown
                              By: _____
                                        Martha Parker Brown
                                        Courtroom Deputy Clerk