UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| JERRY PUTZ,<br><br>      Plaintiff,<br><br>      v.<br><br>WORLD SAVINGS, INC.; WACHOVIA MORTGAGE CORPORATION, WELLS FARGO BANK, N.A.; NDeX WEST, LLC; RECON TRUST COMPANY, N.A.; and DOES 1 through 50, inclusive,<br><br>      Defendants. | CASE NO.: 5:11-CV-05677-LHK<br><br>[The Honorable Lucy H. Koh]<br><br>**ORDER GRANTING WELLS FARGO'S MOTION TO DISMISS**<br><br>Date:    September 20, 2012<br>Time:   1:30 p.m.<br>Ctrm:   8, 4th Floor |

The motion of defendant WELLS FARGO BANK, N.A., successor by merger with Wells Fargo Bank Southwest, N.A., f/k/a Wachovia Mortgage, FSB and World Savings Bank, FSB ("Wells Fargo") (named herein as "World Savings, Inc.; Wachovia Mortgage Corporation; Wells Fargo Bank, N.A.") to dismiss the Complaint came on regularly for hearing on September 20, 2012, at 1:30 p.m. in the Courtroom 8 of the above-captioned Court, the Honorable Lucy H. Koh, presiding.

The Court, having read and considered the motion, the accompanying request for judicial notice, and all opposition and reply papers, finds as follows:

/ / /

/ / /

1          <u>First Claim for Relief:  Violations of the Truth in Lending Act.</u>

2          The First Claim for Relief fails because:  (i) the claim is barred by res judicata; (ii) the
3  claim is preempted by the Home Owners' Loan Act ("HOLA"); (iii) Plaintiff fails to state a
4  claim and (iv) the claims is time-barred.

5          <u>Second Claim for Relief: Violation of Bus. & Prof. Code § 17200, *et seq*., "Unlawful"</u>
6          <u>Business Practices (TILA).</u>

7          The Second Claim for Relief fails because:  (i) the claim is barred by res judicata; (ii) the
8  claim is preempted by HOLA;  and (iii) Plaintiff fails to state a claim.

9          <u>Third Claim for Relief: Violation of Bus. & Prof. Code §17200, et seq., "Unlawful"</u>
10         <u>Business Practices (TILA).</u>

11         The Third Claim for Relief fails because:  (i) the claim is barred by res judicata; (ii) the
12 claim is preempted by HOLA; (iii) Plaintiff fails to state a claim; (iv) Plaintiff has not pled fraud
13 with particularity; (v) Plaintiff lack standing and (vi) the claim fails for lack of tender.

14         <u>Fourth Claim for Relief: Breach of Contract.</u>

15         The Fourth Claim for Relief fails because:  (i) the claim is barred by res judicata; (ii) the
16 claim is preempted by HOLA; and (iii) Plaintiff fails to state a claim.

17         <u>Fifth Claim for Relief: Breach of the Covenant of Good Faith and Fair Dealing.</u>

18         The Fifth Claim for Relief fails because:  (i) the claim is barred by res judicata; (ii) the
19 claim is preempted by HOLA; (iii) Plaintiff fails to state a claim; and (iv) the claim is time-
20 barred.

21         <u>Sixth Claim for Relief: Violation of Bus. & Prof. Code §17200, et seq., "Unlawful"</u>
22         <u>Business Practices (Fin. Code §22302).</u>

23         The Sixth Claim for Relief fails because:  (i) the claim is barred by res judicata; (ii) the
24 claim is preempted by HOLA; and (iii) Plaintiff fails to state a claim.

25         <u>Seventh Claim for Relief: Accounting.</u>

26         The Seventh Claim for Relief fails because:  (i) the claim is barred by res judicata; (ii) the
27 claim is preempted by HOLA; and (iii) Plaintiff fails to state a claim.

28 / / /

1     Eighth Claim for Relief: Breach of Fiduciary Duty.

2     The Eighth Claim for Relief fails because: (i) the claim is barred by res judicata; (ii) the

3  claim is preempted by HOLA; and (iii) Plaintiff fails to state a claim.

4     Ninth Claim for Relief: Quiet Title (erroneously named as Eighth Claim for Relief).

5     The Ninth Claim for Relief fails because: (i) the claim is barred by res judicata; (ii) the

6  claim is preempted by HOLA; (iii) Plaintiff fails to state a claim; (iv) the claim is time-barred;

7  and (v) the claim fails for lack of tender.

8     Tenth Claim for Relief: Injunctive Relief and to Cancel Trustee's Sale Scheduled for

9     November 7, 2011 at 11:00 a.m.

10    The Tenth Claim for Relief fails because: (i) the claim is not a cause of action; (ii) the

11 claim is barred by res judicata; (iii) the claim is preempted by HOLA; (iv) the claims fails for

12 lack of tender.

13 **IT IS HEREBY ORDERED:**

14    1.    Wells Fargo's request for judicial notice is granted;

15    2.    The motion to dismiss is granted in all respects, without leave to amend; and

16    3.    The Complaint is dismissed with prejudice.

17

18 Dated: _____

          HONORABLE LUCY H. KOH
19        UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Pasadena, California; my business address is Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP, 199 S. Los Robles Avenue, Suite 600, Pasadena, California 91101-2459.

On the date below, I served a copy of the foregoing document entitled:

**ORDER GRANTING WELLS FARGO'S MOTION TO DISMISS**

on the interested parties in said case as follows:

*Served Electronically Via the Court's CM/ECF System:*

| *Counsel for Plaintiff:* | *Counsel for NDeX West, LLC:* |
|---|---|
| Anita L. Steburg<br>Steburg Law Firm<br>1798 Technology Drive, Suite 258<br>San Jose, CA 95110<br>*Tel: 408.573.1122; Fax: 408.573.1126* | Edward A. Treder, Esq.<br>edwardt@bdfgroup.com<br>BARRETT DAFFIN FRAPPIER<br>TREDER & WEISS, LLP<br>20955 Pathfinder Road, Suite 300<br>Diamond Bar, CA  91765<br>*Tel: 626.915.5714; Fax: 909.595.7640* |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.  This declaration is executed in Pasadena, California on May 17, 2012.

| Mark Betti | */s/ Mark Betti* |
|---|---|
| (Type or Print Name) | (Signature of Declarant) |