**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JERRY PUTZ, an individual,<br><br>              Plaintiff,<br>   v.<br><br>WORLD SAVINGS, INC.; WACHOVIA MORTGAGE CORP., WELLS FARGO BANK, N.A.; NDeX WEST, LLC; RECON TRUST COMPANY, N.A.; and DOES 1 through 50, inclusive,<br><br>              Defendants. | Case No.: 11-CV-5677-LHK<br><br>ORDER CONTINUING CASE MANAGEMENT CONFERENCE |

The Case Management Conference currently set for July 11, 2012 is CONTINUED to August 8, 2012 at 2:00 p.m. The parties shall file a joint case management statement by August 1, 2012.

**IT IS SO ORDERED.**

July 9, 2012

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

1
Case Nos.: 11-CV-5677-LHK
ORDER CONTINUING CASE MANAGEMENT CONFERENCE