UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JERRY PUTZ, an individual, <br><br> Plaintiff, <br><br> v. <br><br> WORLD SAVINGS, INC.; WACHOVIA MORTGAGE CORP., WELLS FARGO BANK, N.A.; NDeX WEST, LLC; RECON TRUST COMPANY, N.A.; and DOES 1 through 50, inclusive, <br><br> Defendants. | Case No.: 11-CV-5677-LHK <br><br> ORDER CONTINUING CASE MANAGEMENT CONFERENCE |

The Case Management Conference currently set for August 8, 2012 is CONTINUED to November 14, 2012 at 2:00 p.m.  The parties shall file a joint case management statement by November 7, 2012.

**IT IS SO ORDERED.**

August 6, 2012

_____
LUCY H. KOH
United States District Judge

1

Case Nos.: 11-CV-5677-LHK
ORDER CONTINUING CASE MANAGEMENT CONFERENCE