UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JERRY PUTZ, an individual,<br><br>        Plaintiff,<br><br>    v.<br><br>WORLD SAVINGS, INC.; WACHOVIA MORTGAGE CORP., WELLS FARGO BANK, N.A.; NDeX WEST, LLC; RECON TRUST COMPANY, N.A.; and DOES 1 through 50, inclusive,<br><br>        Defendants. | Case No.: 11-CV-5677-LHK<br><br>ORDER DISMISSING CASE WITHOUT PREJUDICE |

    Plaintiff filed a complaint alleging a range of state and federal law violations in connection with his mortgage in state court on October 31, 2011, which Defendants removed to this Court on November 21, 2011. ECF No. 1. On May 18, 2012, Defendants moved to dismiss Plaintiff's complaint in its entirety, on the ground that all of Plaintiff's claims are precluded by the class action settlement in *In re Wachovia Corporation "Pick-a-Payment" Mortgage Marketing and Sales Practices Litigation*, Case No. 09-MD-02015-JF, approved by Judge Fogel on May 17, 2011. The undersigned judge referred this case to Judge Fogel for a related case determination on January 19, 2012. ECF No. 17. Judge Fogel declined to relate the cases, but invited Defendants to file a motion to enforce settlement in *In re Wachovia*. Defendants did so, and on November 19, 2012, Judge Fogel ruled that all of Plaintiff's claims are barred by the settlement agreement. *In re Wachovia*, ECF No. 361, at 9. Accordingly, this Court must dismiss Plaintiff's claims.

1

Judge Fogel also noted, however, that Plaintiff's counsel may also wish to assert certain theories that may not be barred by the settlement in *In re Wachovia. See id.* This Court agrees that Plaintiff may be able to amend his complaint so as to allege claims that would not be barred by the *In re Wachovia* settlement. Accordingly, Plaintiff's complaint is DISMISSED without prejudice. The hearing and case management conference scheduled for December 20 are hereby vacated.

**IT IS SO ORDERED.**

November 28, 2012

_____
LUCY H. KOH
United States District Judge

2

Case Nos.: 11-CV-5677-LHK
ORDER DISMISSING CASE WITHOUT PREJUDICE