**ANITA L. STEBURG, ESQ.** (SBN 245933)
**STEBURG LAW FIRM**
**1798 TECHNOLOGY DRIVE, SUITE 258**
**SAN JOSE, CA 95110**
**Telephone: (408) 573-1122**
**Facsimile: (408) 573-1126**

Attorneys for Plaintiff, Jerry Putz

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

Jerry Putz,

   Plaintiff,

v.

World Savings, Inc., et. al.,

   Defendants.

Case No. 11-CV-05677 LHK

**[PROPOSED] ORDER GRANTING PLAINTIFF'S REQUEST FOR EXTENSION OF TIME TO FILE AN AMENDED COMPLAINT TO DECEMBER 31, 2012**

For good cause set forth in the Request for Extension of Time to File An Amended Complaint to December 31, 2012 and in light of the time necessary to prepare the amended complaint, the time to file an amended complaint for Plaintiff Jerry Putz is extended through December 31, 2012.

Dated: December _28_, 2012

*Lucy H. Koh*
Honorable Lucy H. Koh
United States District Court

Page 1