UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JERRY PUTZ, an individual,<br><br>                  Plaintiff,<br><br>    v.<br><br>WORLD SAVINGS, INC.; WACHOVIA MORTGAGE CORP., WELLS FARGO BANK, N.A.; NDeX WEST, LLC; RECON TRUST COMPANY, N.A.; and DOES 1 through 50, inclusive,<br><br>                  Defendants. | Case No.: 11-CV-5677-LHK<br><br>ORDER DISMISSING CASE WITH PREJUDICE |

Plaintiff filed a complaint alleging a range of state and federal law violations in connection with his mortgage in state court on October 31, 2011, which Defendants removed to this Court on November 21, 2011. ECF No. 1. On November 28, 2012, this Court dismissed Plaintiff's complaint, on the ground that all of Plaintiff's claims were precluded by the class action settlement in *In re Wachovia Corporation "Pick-a-Payment" Mortgage Marketing and Sales Practices Litigation*, Case No. 09-MD-02015-JF, approved by Judge Fogel on May 17, 2011. ECF No. 39. However, the Court noted that Plaintiff might be able to amend his complaint so as to allege claims that would not be barred by the *In re Wachovia* settlement, and dismissed the case without prejudice. *Id.*

On December 31, 2012, Plaintiff filed a first amended complaint ("FAC"). ECF No. 42. Plaintiff's FAC does not allege any new causes of action, and appears virtually identical to the

original complaint, although the FAC omits the original tenth cause of action that sought injunctive relief for a trustee's sale scheduled for November 7, 2011. ECF No. 1; ECF No. 42.

On January 10, 2013, Defendant filed a motion to dismiss Plaintiff's FAC with prejudice, and requested that Plaintiff's counsel be ordered to show cause why Rule 11 sanctions should not be imposed for a frivolous filing. ECF No. 43.

As of April 26, 2013, Plaintiff has not filed any opposition.

Because Plaintiff has failed to meaningfully amend the complaint in any way, the Court hereby GRANTS Defendant's motion to dismiss this case with prejudice. The Court DENIES Defendant's request for an order to show cause why Rule 11 sanctions should not be imposed.

The hearing and case management conference scheduled for May 9, 2013 are hereby vacated.

The Clerk shall close the file.

**IT IS SO ORDERED.**

April 29, 2013

_____
LUCY H. KOH
United States District Judge